# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | | |
|---|---|---|---|
| KEVIN LEE LANE, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:20-CV-102-RLJ-DCP |
| | ) | | |
| ANDERSON COUNTY, TENNESSEE | ) | | |
| and | ) | | |
| SOUTHERN HEALTH PARTNERS, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## JUDGMENT ORDER

In accordance with the memorandum opinion filed herewith, Defendants' motions for summary judgment [Docs. 38 and 40] are **GRANTED**, and this pro se prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED**.

Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ John Medearis
CLERK OF COURT